# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 17-00543-SJO (DFM) | Date: | April 1, 2019 |
|---|---|---|---|
| Title | Tyqwon Eugene Welch v. Sheriff Magdaleno, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause re: Dismissal for Lack of Prosecution

On January 18, 2019, the Court dismissed the Second Amended Complaint with leave to amend and ordered Plaintiff to file a Third Amended Complaint within 28 days. See Dkt. 34.

Plaintiff did not file an amended complaint by the deadline. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if she fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.