# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TYQWON EUGENE WELCH, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF MAGDALENO, et al., <br><br> Defendants. | No. ED CV 17-00543-SJO (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: July 1, 2019

_S. James Otero_
S. JAMES OTERO
United States District Judge